WILLIAM J. DONOHUE et al., Respondents, v. LAREAMEC CORP. et al., Defendants, and ARVILLE M. TURNER et al., Appellants.— (*Jenkins* v. *Moyse*, 254 N. Y. 319.) Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ.

In the Matter of the Probate of the Will of MICHAEL A. DOMBEK, Deceased. FRANCES J. LARKIN, Appellant; DOROTHY DOMBEK et al., Respondents.— No opinion. Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ.